| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARTAK BERBERYAN,<br><br>　　　　　Defendant. | No. SACV 20-1590-JLS<br><br>[SACR 13-0021-JLS]<br><br>**ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT [28 U.S.C. § 3205(c)(1)]**<br><br>**AND**<br><br>**ORDER TO ISSUE CLERK'S NOTICE OF CONTINUING POSTJUDGMENT GARNISHMENT [28 U.S.C. §3202(b)]**<br><br>**[VENUS ADULT DAY HEALTH CARE CENTER, INC.]** |

The Court, having considered the Application of Plaintiff United States of America for an Order directing the Clerk of the Court to issue a Writ of Continuing Garnishment and a Clerk's Notice of Continuing Garnishment against defendant-judgment debtor Artak Berberyan, for nonexempt disposable earning paid by Garnishee Venus Adult Day Health Care Center, Inc., and it appearing to the Court that the issuance of such is proper under the circumstances of this case, ORDERS that:

(1) The Clerk of the Court shall issue a writ of continuing garnishment with respect to Garnishee(s) Venus Adult Day Health Care Center, Inc.; and

(2) The Clerk of the Court shall issue a Clerk's Notice of Continuing Postjudgment Garnishment to Artak Berberyan

by signing the forms submitted by the United States.

IT IS SO ORDERED.

DATED: September 01, 2020

UNITED STATES DISTRICT JUDGE